IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

MICHAEL BAILEY,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

Civil Action No.: 5:20-cv-656-DFM
Magistrate Judge Douglas E. McCormick

**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $6,600.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: July 16, 2021

_____
Magistrate Judge Douglas E. McCormick